# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-0575-DMS |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT** |
| JORGE ANTONIO CAMACHO TORRES, | |
| Defendant. | |

Upon motion by the government, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information (ECF No. 23) without prejudice.

**IT IS SO ORDERED.**

DATED: July 7, 2021

_____
Hon. Dana M. Sabraw
United States Chief District Judge